IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLO.

JUL 1 8 2006

GREGORY C. LANGHAM
CLERK

Civil Action No. **06 - CV - 01390**-*BNB*

**(The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.)**

JAMES RICHARDSON,

     Applicant,

v.

H.A. RIOS, JR., Warden,

     Respondent.

---

## ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND DIRECTING APPLICANT TO CURE DEFICIENCY

---

Applicant has submitted a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action, and an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241. The court has determined that the documents are deficient as described in this order. Notwithstanding the deficiencies, the clerk of the court will be directed to commence a civil action. Applicant will be directed to cure the following if he wishes to pursue his claims. Any papers which the Applicant files in response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit**:
(1)   ___     is not submitted
(2)   ___     is missing affidavit

(3)    X    is missing certified copy of prisoner's trust fund statement for the 6-month
            period immediately preceding this filing (Account statement submitted is
            not certified by a prison official and does not cover the entire 6-month
            period.)
(4)    ___   is missing required financial information
(5)    ___   is missing an original signature by the prisoner
(6)    ___   is not on proper form (must use the court's current form)
(7)    ___   names in caption do not match names in caption of complaint, petition or
            habeas application
(8)    ___   An original and a copy have not been received by the court.
            Only an original has been received.
(9)    ___   other _____

**Complaint, Petition or Application:**
(10)   ___   is not submitted
(11)   X    is not on proper form (must use the court's current form)
(12)   ___   is missing an original signature by the prisoner
(13)   ___   is missing page nos. ___
(14)   ___   uses et al. instead of listing all parties in caption
(15)   ___   An original and a copy have not been received by the court.  Only an
            original has been received.
(16)   ___   Sufficient copies to serve each defendant/respondent have not been
            received by the court.
(17)   ___   names in caption do not match names in text
(18)   ___   other _____

Accordingly, it is

ORDERED that the clerk of the court commence a civil action in this matter.  It is

FURTHER ORDERED that the Applicant cure the deficiencies designated above

**within thirty (30) days from the date of this order**.  Any papers which the Applicant

files in response to this order must include the civil action number on this order.  It is

FURTHER ORDERED that the clerk of the court mail to the Applicant, together

with a copy of this order, two copies of the following forms: Application for a Writ of

Habeas Corpus Pursuant to 28 U.S.C. § 2241.  It is

FURTHER ORDERED that, if the Applicant fails to cure the designated

deficiencies **within thirty (30) days from the date of this order**, the application and

the action will be dismissed without further notice.  The dismissal shall be without

prejudice.

DATED at Denver, Colorado, this 17th day of July _____, 2006.

BY THE COURT:


BOYD N. BOLAND
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. **06 - CV - 01390**-BWB

James Richardson
Reg. No. 20009-038
USP - Florence
P.O. Box 7000
Florence, CO 81226

I hereby certify that I have mailed a copy of the **ORDER and two copies of the Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241** to the above-named individuals on ⁷-18-06

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk