IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01390-BNB

JAMES RICHARDSON,

Applicant,

v.

H. A. RIOS, JR., Warden,

Respondent.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 1 7 2006

GREGORY C. LANGHAM
CLERK

---

ORDER DISCHARGING SHOW-CAUSE ORDER AND DRAWING CASE TO A
DISTRICT JUDGE AND TO A MAGISTRATE JUDGE

---

On October 4, 2006, the Court ordered Applicant James Richardson to show cause within thirty days why the instant habeas corpus action should not be denied for failure to exhaust his claim through the United States Bureau of Prisons' (BOP) three-step administrative grievance procedure. On October 13, 2006, Mr. Richardson submitted a response to the order to show cause that appears to demonstrate he has exhausted the BOP's administrative procedure as to his asserted claim.

Therefore, the habeas corpus application will not be denied at this time for failure to exhaust the BOP's administrative procedure. The October 4, 2006, order directing Mr. Richardson to show cause will be discharged. This case will be drawn to a district judge and to a magistrate judge. Accordingly, it is

ORDERED that the October 4, 2006, order directing Applicant James Richardson to show cause is discharged. It is

FURTHER ORDERED that this case shall be drawn to a district judge and to a magistrate judge.

DATED October 17, 2006, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 06-cv-01390-BNB

James Richardson
Reg. No. 20009-038
USP - Florence
PO Box 7000
Florence, CO 81226

I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 10/17/06

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk