IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01390-PSF-CBS

JAMES RICHARDSON,
    Applicant,
v.

H.A. RIOS, JR., Warden,
    Respondents.

## ORDER ON STATUS

Magistrate Judge Craig B. Shaffer

    This civil action comes before the court on Richardson's letter asking the court to "here [sic] this case as soon as possible" (filed January 2, 2007) (doc. # 21) (docketed by the Clerk of the Court as a "Motion for Status." Pursuant to the Order of Reference dated October 26, 2006 (doc. # 13) and the memorandum dated January 2, 2007 (doc. # 22), this matter was referred to the Magistrate Judge. The court has reviewed Richardson's letter and the entire case file and is sufficiently advised in the premises.

    Richardson filed his Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 ("Petition") on July 18, 2006 (doc. # 3). Richardson filed an Amended Petition on July 28, 2006 (doc. # 6). Richardson responded to the court's Order to Show Cause on October 13, 2006 and the case was assigned to a District Judge and a Magistrate Judge on October 17, 2006. Respondent filed his "Response to Order to Show Cause Regarding Petition Pursuant to 28 U.S.C. § 2241" (doc. # 19) on November 21, 2006. Richardson filed his "Response to Respondent Response [sic]" (doc. # 20) on December 14, 2006. The court is aware of Richardson's pending Petition and will issue a Recommendation to the District Judge as soon as practicable. Accordingly,

IT IS ORDERED that the "Motion for Status" (filed January 2, 2007) (doc. # 21) is GRANTED as stated in this Order.

Dated at Denver, Colorado this 2nd day of January, 2007.

BY THE COURT:

*s/Craig B. Shaffer*
United States Magistrate Judge