IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No.  06-cv-01390-PSF-CBS

JAMES RICHARDSON,

    Applicant,

v.

H. A. RIOS, JR., Warden,

    Respondent.

**ORDER ACCEPTING AND ADOPTING
RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

    This matter is before the Court on the Recommendation of United States Magistrate Judge (Dkt. # 24), filed on February 14, 2007, in which the Magistrate Judge recommends that this Court deny Plaintiff's Amended Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 (Dkt. # 6) and dismiss the case with prejudice.  The Court's review of the Magistrate Judge's Recommendation is governed by 28 U.S.C. § 636(b)(1) and F.R.Civ.P. 72(b).  As no party has objected to the Recommendation, the Court has reviewed the Recommendation to determine if it constitutes clear error.  *See Summers v. Utah*, 927 F.2d 1165, 1167 (10th Cir. 1991) ("In the absence of timely objection, the district court may review a magistrate's report under any standard it deems appropriate.").  After reviewing the underlying application and the record, the Court concludes that the Recommendation represents a correct application of the facts and the law and is not clearly erroneous.

Specifically, the Court finds and agrees with the Magistrate Judge that plaintiff is not entitled to 45 days' credit to his federal sentence for time served in state custody from July 17, 1993 through August 26, 1993, and from March 9, 1994 through March 16, 1994. Because those 45 days have already been credited to a previously served state sentence, Mag. Rec. at 5, plaintiff is not entitled to receive a credit to his federal sentence for the same detention time. 18 U.S.C. § 3585(b) (a defendant may receive prior custody credit on a federal sentence if the time spent in official detention "has not been credited against another sentence").

Accordingly, it is ORDERED as follows:

1. The Recommendation of United States Magistrate Judge (Dkt. # 24) is ACCEPTED and ADOPTED;

2. Plaintiff's Amended Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 (Dkt. # 6) is DENIED; and

3. This civil action is DISMISSED with prejudice.

DATED: March 20, 2007

BY THE COURT:

*s/ Lewis T. Babcock / for*

_____
Phillip S. Figa
United States District Judge